## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANE J. TAYLOR,                          :
    Plaintiff,                      :
                                     :
v.                                       :      **CIVIL ACTION NO. 26-CV-2314**
                                     :
RN-MMOYO, *et al.*,                      :
    Defendants.                     :

### ORDER

AND NOW, this 3rd day of June, 2026, upon consideration of Dane J. Taylor's Motion to Proceed *In Forma Pauperis* (ECF No. 5), Prisoner Trust Fund Account Statement (ECF No. 6), Motion for Leave to File an Amended Complaint (ECF No. 7), and *pro se* Amended Complaint (ECF No. 7-1), it is **ORDERED** that:

1.      Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.      Dane J. Taylor, #NW-9060, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case.  The Court directs the Superintendent of SCI Albion or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Taylor's inmate account; or (b) the average monthly balance in Taylor's inmate account for the six-month period immediately preceding the filing of this case.  The Superintendent or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case.  In each succeeding month when the amount in Taylor's inmate trust fund account exceeds $10.00, the Superintendent or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to

Taylor's inmate account until the fees are paid.  Each payment shall refer to the docket number for this case.

3.      The Clerk of Court is **DIRECTED** to send a copy of this Order to the Superintendent of SCI Albion.

4.      The Motion for Leave to File an Amended Complaint (ECF No. 7) is **GRANTED**.

5.      The Clerk of Court is **DIRECTED** to docket the Amended Complaint, currently found at ECF No. 7-1, as a separate entry.

6.      The Amended Complaint is **DEEMED** filed.

7.      The Clerk of Court is **DIRECTED** to terminate "Nurse Jane Doe" as a Defendant and add "RN – Lisa Barone" as a Defendant, as provided in the Amended Complaint.

8.      For the reasons set forth in the accompanying Memorandum, the Amended Complaint is dismissed as follows:

   a.      All federal claims pursuant to 42 U.S.C. § 1983 are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

   b.      All state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

9.      The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

_____

**MARY KAY COSTELLO, J.**

2